IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY B. BARNO,**<br><br>            Plaintiff,<br><br>      v.<br><br>**A. DELEON, et al. ,**<br><br>            Defendants. | Case No. EDCV-12-1822 JAK (FFM)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The mediator shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

   IT IS SO ORDERED.

Dated: November 19, 2015   _____

The Honorable John A. Kronstadt

LA2013608238
61712435.doc

1